```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| VS. | : | |
| SHERMAN KEMP | : | NO. 07-CR-549-11 |

ORDER

AND NOW, this 18th day of November, 2010, upon consideration of the Defendant's Motion for a New Trial (Document #778) and the Government's response (Document #780) thereto, it is hereby ORDERED that the Defendant's motion is DENIED.[1]

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.

---

1. This motion was previously denied on August 11, 2010 prior to sentencing. To formally supplement the record, we address our decision at this time.

   Defendant's sole reason supporting his motion for a new trial was based on the alleged failure of the Government to disclose material impeachment evidence. We find the Government had prior to the commencement of the trial produced the alleged undisclosed materials of Mr. Lamont Smith's involvement as a home invader to the Defendant's attorney in four FBI 302 reports. Based on that finding, the Defendant's motion was denied.